IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CATHERINE SHERARD LUNN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:10-1079 |
| | ) JUDGE TRAUGER/KNOWLES |
| VETERANS AFFAIRS HOSPITAL, | ) |
| Defendant. | ) |

## ORDER

On March 26, 2012, the undersigned received a letter from Catherine Sherard Lunn, which is dated March 20, 2012. The envelope indicates that the letter was mailed March 23, 2012.

The Clerk is directed to file the letter and the envelope as part of the record in this case.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge