IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CATHERINE SHERARD LUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1079 |
| | ) | Judge Trauger |
| VETERANS AFFAIRS HOSPITAL, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On November 7, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 24), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the plaintiff's "Motion to Reopen The Case" (Docket No. 23) is **DENIED**.

The *pro se* plaintiff has written a letter to the court requesting a meeting with Magistrate Judge Knowles. This request is **DENIED** as moot. The letter also expresses dismay at the fact that health information concerning the plaintiff appears in the docket of this case, which can be publicly accessed. It is hereby **ORDERED** that the Magistrate Judge shall review the record in this case and place under seal any health information concerning the plaintiff.

It is so **ORDERED.**

Enter this 11th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge