# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **CATHERINE SHERARD LUNN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 3:10-1079** |
| | ) | **JUDGE TRAUGER/KNOWLES** |
| | ) | |
| | ) | |
| **VETERANS AFFAIRS HOSPITAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Judge Trauger has entered an Order that refers to a letter submitted by the pro se Plaintiff requesting a meeting with the undersigned. Docket No. 30. That Order states in relevant part:

> The letter also expresses dismay at the fact that health information concerning the plaintiff appears in the docket of this case, which can be publicly accessed. It is hereby ORDERED that the Magistrate Judge shall review the record in this case and place under seal any health information concerning the plaintiff.

*Id.*

Pursuant to Judge Trauger's Order, the undersigned has reviewed the record in this case. (The undersigned notes that any health information concerning the Plaintiff that appears in the record of this action was either submitted by Plaintiff herself or refers to materials that were submitted by Plaintiff herself.) The following docket entries, which contain health information concerning Plaintiff, are placed under seal: 1, 6, 8, 11, 18, 21, 23, and 24.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge