UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CATHERINE SHERARD LUNN      ]
    Plaintiff,           ]
                            ]
v.                          ]     No. 3:10-1079
                            ]     Judge Trauger
VETERANS AFFAIRS HOSPITAL   ]
    Defendant.          ]

# O R D E R

The plaintiff has filed a Notice of Appeal (Docket Entry No. 35) challenging the dismissal of this action. She has not, however, submitted either the full appellate filing fee or an application to proceed on appeal in forma pauperis with her Notice.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the Clerk of this Court the entire appellate filing fee of four hundred fifty five dollars ($455.00) or submit an application to proceed on appeal in forma pauperis. Callihan v. Schneider, 178 F.3d 800, 803 (6th Cir.1999).

The Clerk shall send the plaintiff a blank application to proceed in forma pauperis. The Clerk is also directed to forward a copy of this order to the Clerk of the Court of Appeals.

It is so ORDERED.

                                              Aleta A. Trauger
                                              United States District Judge