IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CATHERINE SHERARD LUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1079 |
| | ) | Judge Trauger |
| VETERANS AFFAIRS HOSPITAL, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 6, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 48), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion to Reopen the Case (Docket No. 44) is **DENIED**.

It is so **ORDERED.**

Enter this 28th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge